## W. A. HANNA v. STATE.
### No. 20706.

Court of Criminal Appeals of Texas.

Jan. 3, 1940.

J. V. Patterson, of Decatur, and Fred Minor, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted for the offense of converting funds belonging to Wise County, alleged to be in his possession, and was given a penalty of three years in the penitentiary.

For the reasons stated in Hanna v. State, Tex.Cr.App., 135 S.W.2d 105, this case is reversed and remanded.